**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

WESTFIELD INSURANCE COMPANY, an Ohio insurance company,

Plaintiff,

v.

BARRIE ARCHERY, LLC, a Minnesota limited liability corporation,

Defendant.

Court File No.: 00-700 ADM/AJB

**STIPULATION FOR DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, that this action may be dismissed with prejudice and on the merits. The parties shall bear their own costs, fees, and expenses.

Dated: January 11, 2001

**Thomas E. Propson #231046**
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 S. Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Westfield Insurance Company***

JAN 12 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 1-11-01

Robert P. Thavis #122488
LEONARD, STREET AND DEINARD, P.A.
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402

***Attorneys for Barrie Archery, L.L.P.***

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 12th day of January 2001.

**BY THE COURT:**

**Hon. Ann D. Montgomery**
U.S. District Court Judge

852892.1